FILED

2025 Sep-12  AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:25-cr-00154-MHH-NAD |
| REGINALD DEWAYNE PARKER, | ) | |
| | ) | |

## MEMORANDUM OPINION AND ORDER

On July 9, 2025, the Magistrate Judge entered a report in which he recommended that the Court deny Mr. Parker's motion to suppress. (Doc. 22). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days; to date, the Court has not received objections.

After consideration of the materials in the Court's electronic docket, the Court accepts the Magistrate Judge's analysis and recommendation with respect to the record in this case. Accordingly, the Court denies the defendant's motion to suppress. The Clerk of Court shall please TERM Docs. 17 and 22.

**DONE** and **ORDERED** this September 12, 2025.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE